# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARLAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01893- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

On June 14, 2016, the parties filed a stipulation for a thirty-day extension of time for Plaintiff to serve his confidential letter brief. (Doc. 11) Plaintiff's counsel, Jeffrey Duarte, reports the extension is necessary because he will be away to attend a conference and "needs additional time to further review the file and prepare the letter brief." (*Id.* at 2) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party.  Accordingly, the Court **ORDERS**:

　　1.　　Plaintiff's request for an extension of time is **GRANTED**; and

　　2.　　Plaintiff **SHALL** serve his confidential letter brief no later than **August 6, 2016**.

IT IS SO ORDERED.

　　Dated:　**June 20, 2016**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE