UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HARLAN, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>CAROLYN W. COLVIN, <br>Acting Commissioner of Social Security, <br><br>　　　　Defendant. | Case No.: 1:15-cv-1893- JLT <br><br>ORDER GRANTING AN EXTENSION OF TIME <br><br>(Doc. 16) |

　　　On November 2, 2016, Defendant filed a stipulation of the parties to extend time for Defendant to respond to Plaintiff's opening brief. (Doc. 16)  Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5-1 at 4), which was previously used by Plaintiff. (Docs. 11, 12)  Beyond the single extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause."  (Doc. 5-1 at 4) Based upon the information provided by counsel and good cause appearing, the Court **ORDERS**:

　　　1.　　Defendant's request for an extension of time is **GRANTED**; and

　　　2.　　Defendant **SHALL** file a response to the brief on or before **December 26, 2016**.

IT IS SO ORDERED.

　　　Dated:　**November 7, 2016**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE